### Joyce TOMPKINS

### v.

### HOULTON BAND OF MALISEET INDIANS.

Supreme Judicial Court of Maine.

Argued Sept. 15, 1986.

Decided Sept. 24, 1986.

Michael Carpenter (orally), Wells, Carpenter & Hunt, Houlton, for plaintiff.

Malcolm Berman (orally), Houlton, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

The defendant's appeal from the denial of its motion to dismiss for lack of proper service of process is premature. *See Garrison v. Finks,* 469 A.2d 440 (Me.1983); *Hazzard v. West View Golf Club, Inc.,* 217 A.2d 217, 222 (Me.1966).

The entry is:

Appeal dismissed.

All concurring.